UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>SAVE MART SUPERMARKETS,<br><br>        Defendant. | Case No. 20-cv-01300-VC<br><br>**ORDER GRANTING REQUEST FOR ADDITIONAL TIME**<br><br>Re: Dkt. No. 18 |

The request for additional time filed at Dkt. 18 is granted. If a request to reinstate the case is not filed and served on opposing counsel by June 26, 2020, dismissal of the case will be with prejudice. *See* Dkt. 17.

**IT IS SO ORDERED.**

Dated: June 12, 2020

_____
VINCE CHHABRIA
United States District Judge