Evan J. Smith, Esquire (SBN 242352)
esmith@brodsky-smith.com
Ryan Cardona, Esquire (SBN 302113)
rcardona@brodsky-smith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile:  (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>SAVE MART SUPERMARKETS,<br><br>Defendant. | Case No. 3:20-cv-01300-JCS<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO DISMISS ACTION** |

WHEREAS, on or about July 3, 2019, Plaintiff filed the instant action against Defendant in the Superior Court of California;

WHEREAS, Plaintiff filed this putative class action in state court and Defendant removed this matter to federal court;

WHEREAS, neither a summary judgment motion, nor a class certification motion has been filed;

WHEREAS, the Parties have resolved the instant action on a non-class and individual basis, not affecting the rights of any absent and/or unnamed class member other than each person receiving the benefits of the remediation obtained at the locations identified in the Complaint as a result of the individual settlement and filed a Notice of Settlement;

WHEREAS, the Court sua sponte dismissed the action without prejudice and the parties memorialized the individual settlement.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the above-captioned action be and hereby is dismissed with prejudice and without costs or fees as to plaintiff Marcus Williams only, and dismissed without prejudice as to any other person who could have been a member of the class alleged in the Complaint.

## ORDER

IT IS SO ORDERED.

Dated: July 28, 2020

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

Stipulated By and Between:

Dated: July 24, 2020

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith (SBN242352)
*Attorneys for Plaintiff*

Dated: July 24, 2020

SHEPPARD MULLIN

By: _____
Hayley S, Grunvald
*Attorneys for Defendant*